IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. JFM-12-0645 |
| NATHANIEL McKNIGHT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR REVIEW OF ORDER OF DETENTION

Now comes the Defendant, Nathaniel McKnight, by his attorney, Law Offices of Gerald C. Ruter, P.C., and requests this Court to review the order of Detention entered in this case and for reasons says as follows:

1. Mr. McKnight will plead guilty to Count One of the Indictment pending against him, which charges him with possession of a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. §922(g)(1).

2. Mr. McKnight was arrested and arraigned on July 17, 2012, and has been detained at the Chesapeake Detention Facility since that date.

3. Mr. McKnight has suffered from upper respiratory problems, severe weight loss and diminishing eyesight. My office has requested and is in the possession of the extensive

1

## Certificate of service

I hereby certify that a copy of this paper was electronically served upon all counsel of record on this 22nd day of April, 2014.

_____
Gerald C. Ruter

_____   _____
**GRANTED**                 **DENIED**

medical records of Mr. McKnight since his detention almost two years ago. These medical issues are ongoing.

4. Mr. McKnight requests that he be released to the custody of his mother, Anntonietta Gray pending his sentence and designation to the Bureau of Prisons, should he receive any further jail sentence.

5. Brandis Marsh, the Assistant United States Attorney assigned to this case, joins in this request.

6. At the this writing Pre-Trial Services has not had the opportunity to determine their position on this matter.

**WHEREFORE,** it is prayed this Honorable Court grant the relief requested.

_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland  21237
(410)238-8000
gruter.law@comcast.net